# UNITED STATES BANKRUPTCY COURT
### WESTERN **DISTRICT OF** TEXAS

In re:                         §

HICKORY CREEK FARMS, LLC       §      Case No. 12-11805 TMD

          Debtor               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

C. DANIEL ROBERTS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 1,000.00            Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  667,030.55     Claims Discharged
                                             Without Payment:  0.00

Total Expenses of Administration:  149,969.45

---

3) Total gross receipts of $ 817,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 817,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 475,000.00 | $ 1,156,111.67 | $ 667,030.55 | $ 667,030.55 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 150,506.98 | 150,506.98 | 149,969.45 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 475,000.00 | $ 1,306,618.65 | $ 817,537.53 | $ 817,000.00 |

4)  This case was originally filed under chapter 7 on  08/07/2012 .  The case was pending for 62 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/20/2017                    By:/s/C. DANIEL ROBERTS
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 111 ACRES 10805 FM 1431 MARBLE FALLS, TEXAS 78654 | 1110-000 | 767,000.00 |
| NOTE RECEIVABLE | 1221-000 | 35,000.00 |
| ADVERSARY TO RECOVER FRAUDULENT TRANSFER | 1241-000 | 15,000.00 |
| TOTAL GROSS RECEIPTS | | $ 817,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital Farm Credit P.O. Box 1749 Mason, Texas 76856 | | 475,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CAPITAL FARM CREDIT | 4110-000 | NA | 626,631.16 | 626,631.16 | 626,631.16 |
| 000001 | CAPITAL FARM CREDIT, FLCA | 4110-000 | NA | 489,081.12 | 0.00 | 0.00 |
| | BURNET COUNTY, TX | 4800-000 | NA | 39,128.99 | 39,128.99 | 39,128.99 |
| | PRO-RATED TAXES | 4800-000 | NA | 1,270.40 | 1,270.40 | 1,270.40 |
| **TOTAL SECURED CLAIMS** | | | $ 475,000.00 | $ 1,156,111.67 | $ 667,030.55 | $ 667,030.55 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| C. DANIEL ROBERTS, TRUSTEE | 2100-000 | NA | 36,069.19 | 36,069.19 | 36,069.19 |
| JOHN  PATRICK LOWE | 2100-000 | NA | 35,000.00 | 35,000.00 | 35,000.00 |
| C. DANIEL ROBERTS, TRUSTEE | 2200-000 | NA | 1,261.21 | 1,261.21 | 1,261.21 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 46.94 | 46.94 | 46.94 |
| C DANIEL ROBERTS & ASSOCIATES | 2500-000 | NA | 575.00 | 575.00 | 575.00 |
| GOVERNMENT RECORDING DOCUUMENTS | 2500-000 | NA | 28.00 | 28.00 | 28.00 |
| GUARANTEE FEE | 2500-000 | NA | 3.00 | 3.00 | 3.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| OWNERS TITLE INSURANCE | 2500-000 | NA | 5,484.00 | 5,484.00 | 5,484.00 |
| TEJAS TAX DATA | 2500-000 | NA | 48.00 | 48.00 | 48.00 |
| Union Bank | 2600-000 | NA | 460.69 | 460.69 | 460.69 |
| UNITED STATES BANKRUPTCY CLERK | 2700-000 | NA | 176.00 | 176.00 | 176.00 |
| C. DANIEL ROBERTS & ASSOCIATES, PC | 3110-000 | NA | 24,072.00 | 24,072.00 | 24,072.00 |
| C. DANIEL ROBERTS & ASSOCIATES, PC | 3120-000 | NA | 187.89 | 187.89 | 187.89 |
| JOHN MOSLEY | 3410-000 | NA | 1,062.53 | 1,062.53 | 537.53 |
| JOHN MOSLEY | 3420-000 | NA | 12.53 | 12.53 | 0.00 |
| ANDERS REALTY | 3510-000 | NA | 4,602.00 | 4,602.00 | 4,602.00 |
| GRIDIRON LAND COMPANY | 3510-000 | NA | 23,010.00 | 23,010.00 | 23,010.00 |
| MARK K HARMAN | 3510-000 | NA | 18,408.00 | 18,408.00 | 18,408.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 150,506.98 | $ 150,506.98 | $ 149,969.45 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | JOHN PATRICK LOWE, TRUSTEE | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

**Exhibit 8**

Case No:  12-11805  TMD  Judge: TONY M. DAVIS

Case Name:  HICKORY CREEK FARMS, LLC

For Period Ending: 03/19/18  (12th reporting period for this case)

Trustee Name:  C. DANIEL ROBERTS

Date Filed (f) or Converted (c):  08/07/12 (f)

341(a) Meeting Date:  09/06/12

Claims Bar Date:  02/22/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 111 ACRES 10805 FM 1431 MARBLE FALLS, TEXAS 78654 | 1,100,000.00 | 767,000.00 | | 767,000.00 | FA |
| 2. ONE SHARE IN CAPITAL FARM CREDIT | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. INTEREST IN ALLOCATED EQUITIES AT CAP FARM CREDIT | Unknown | 0.00 | | 0.00 | FA |
| 4. NOTE RECEIVABLE (u) | 0.00 | 12,000.00 | | 35,000.00 | FA |
| 5. ADVERSARY TO RECOVER FRAUDULENT TRANSFER (u) FRAUDULENT CONVEYANCE OF EASEMENT | Unknown | 0.00 | | 15,000.00 | FA |

Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $1,101,000.00  $779,000.00  $817,000.00  $0.00

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

MARKETING 111 ACRES NEAR MARBLE FALLS, TX WITH COURT APPROVED REAL ESTATE BROKER

2/15/14  SCHEDULED 2004 EXAMINATION OF DEBTOR'S PRINCIPLE

4/2/14  DEBTOR AMENDED SCHEDULES TO ADD $35,000 NOTE RECEIVABLE

4/17/14  CONDUCTED 2004 EXAMINATION OF DEBTOR'S PRINCIPLE WHO AGREED TO RECONVEY TO DEBTOR'S BANKRUPTCY ESTATE 7.3 ACRES WHICH WAS TRANSFERRED BY DEBTOR IMMEDIATELY PRIOR TO CASE FILING.

4/22/14  MADE DEMAND ON NOTE MAKER FOR PAYMENT OF PRINCIPAL AND ACCRUED INTEREST DUE ON NOTE RECEIVABLE.

5/23/14  REPLACE PRIOR REAL ESTATE BROKER WITH NEW BROKER; FILED APPLICATION TO EMPLOY

6/19/14  ORDER AUTHORIZING EMPLOYMENT OF NEW BROKER; REDUCED PRICE

7/15/14  POSTED PROPERTY WHICH IS COLLATERAL FOR NOTE RECEIVABLE FOR FORECLOSURE FOR FAILURE TO MAKE NOTE PAYMENTS

8/1/14  NEGOTIATED PAYMENT SCHEDULE FOR NOTE MAKER AND PULLED FORECLOSURE SALE.

8/6/14  FILED ADVERSARY TO REC0VER TRANSFER OF BILLBOARD EASEMENT

10/15/14  CONTINUING TO MARKET REAL ESTATE.

3/2/15 - FINAL NOTE PAYMENT RECEIVED

9/8/15 - CLAIMS REVIEW COMPLETE

10/8/15  NEW SCHEDULING ORDER FOR ADVERSARY; DOCKET CALL IS 2/24/16

10/27/15  CONTINUING TO MARKET REAL ESTATE

2/26/16  FILED MOTION TO APPROVE SALE OF PROPERTY

3/18/16  AGREED ORDER ENTERED APPROVING SALE OF PROPERTY

4/26/16  CLOSING SET FOR 5/15/16

5/26/16  REAL ESTATE CLOSING

6/28/16  SETTLED WITH ALL BUT ONE OF ADVERSARY DEFENDANTS; FILED 9019 MOTION

7/26/16  ORDER APPROVING 9019 MOTION

8/11/16  SETTLED WITH REMAINING ADVERSARY DEFENDANT; FILED 9019 MOTION

9/7/16  ORDER APPROVING 9019 MOTION

9/23/16  CONFIRMED WITH DEBTORS' COUNSEL THAT SETTLEMENT FUNDS ARE IN HIS TRUST ACCOUNT; REQUESTED

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-11805    TMD   Judge: TONY M. DAVIS | |
| Case Name: | HICKORY CREEK FARMS, LLC | |

| | |
|---|---|
| Trustee Name:   C. DANIEL ROBERTS | |
| Date Filed (f) or Converted (c): | 08/07/12 (f) |
| 341(a) Meeting Date: | 09/06/12 |
| Claims Bar Date: | 02/22/13 |

FUNDS

10/2/16  EMAIL TO DEBTORS' COUNSEL REQUESTING SETTLEMENT FUNDS

10/2/16  COUNSEL PREPARING FEE APPLICATION

Initial Projected Date of Final Report (TFR): 09/06/13      Current Projected Date of Final Report (TFR): 04/20/17

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 12-11805 -TMD | Trustee Name: | C. DANIEL ROBERTS |
| Case Name: | HICKORY CREEK FARMS, LLC | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******7936  Checking - Non Interest |
| Taxpayer ID No: | *******9142 | | |
| For Period Ending: | 12/31/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/04/14 | 4 | CLYDE LEE NICHOLAS CASHIER'S CHECK | PARTIAL PAYMENT OF NOTE | 1221-000 | 6,000.00 | | 6,000.00 |
| 09/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,985.00 |
| 10/16/14 | 4 | CLYDE LEE NICHOLAS CASHIER'S CHECK | PARTIAL PAYMENT OF NOTE | 1221-000 | 3,000.00 | | 8,985.00 |
| 10/27/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 8,970.00 |
| 11/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 8,955.00 |
| 12/26/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 8,940.00 |
| 01/26/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 8,925.00 |
| 02/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 8,910.00 |
| 02/26/15 | 4 | CLYDE LEE NICHOLAS CASHIER'S CHECK | PARTIAL PAYMENT OF NOTE | 1221-000 | 15,000.00 | | 23,910.00 |
| 03/02/15 | 4 | CLYDE LEE NICHOLAS CASHIER'S CHECK | PARTIAL PAYMENT OF NOTE | 1221-000 | 11,000.00 | | 34,910.00 |
| 03/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 34,895.00 |
| 04/27/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 50.83 | 34,844.17 |
| 05/04/15 | 001001 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | BOND AMOUNT # 016017995 | 2300-000 | | 14.41 | 34,829.76 |
| 05/26/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 50.18 | 34,779.58 |
| 06/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 51.76 | 34,727.82 |
| 07/27/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 50.01 | 34,677.81 |
| 08/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 51.60 | 34,626.21 |
| 09/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 51.52 | 34,574.69 |
| 10/26/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 49.79 | 34,524.90 |
| 03/09/16 | 001002 | U. S. BANKRUPTCY CLERK HOMER THORNBERRY JUDICIAL BLDG. | FILING FEE APPLICATION TO SELL PROPERTY OF THE | 2700-000 | | 176.00 | 34,348.90 |

| | | Page Subtotals | 35,000.00 | 651.10 | |

Ver: 20.00c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

**FORM 2**

Page:  2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-11805 -TMD | |
| Case Name: | HICKORY CREEK FARMS, LLC | |
| | | |
| Taxpayer ID No: | *******9142 | |
| For Period Ending: | 12/31/17 | |

| | |
|---|---|
| Trustee Name: | C. DANIEL ROBERTS |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******7936  Checking - Non Interest |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 903 SAN JACINTO, SUITE 322 AUSTIN, TX 78701 | ESTATE | | | | |
| 03/09/16 | 001003 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | BOND PAYMENTS | 2300-000 | | 15.05 | 34,333.85 |
| 05/26/16 | 1 | C. DANIEL ROBERTS & ASSOCIATES, P.C. IOLTA ACCOUNT NO. 1 1602 E. CESAR CHAVEZ AUSTIN, TX 78702 | NET SALE OF HICKORY CREEK | | 47,811.45 | | 82,145.30 |
| | 1 | 119.223 ACRES IN BURNET COUNTY, TX | Memo Amount:        767,000.00 GROSS SALE PRICE OF HICKORY CREEK | 1110-000 | | | |
| | | PRO-RATED TAXES | Memo Amount:      (     1,270.40 ) PRO-RATED TAXES | 4800-000 | | | |
| | | ANDERS REALTY | Memo Amount:      (     4,602.00 ) REAL ESTATE COMMISSION | 3510-000 | | | |
| | | GRIDIRON LAND COMPANY | Memo Amount:      (   23,010.00 ) REAL ESTATE COMMISSION | 3510-000 | | | |
| | | MARK K HARMAN | Memo Amount:      (   18,408.00 ) REAL ESTATE COMMISSION | 3510-000 | | | |
| | | C DANIEL ROBERTS & ASSOCIATES | Memo Amount:      (        300.00 ) SETTLEMENT  OR CLOSING FEE | 2500-000 | | | |
| | | OWNERS TITLE INSURANCE | Memo Amount:      (     5,484.00 ) OWNERS TITLE INSURANCE | 2500-000 | | | |
| | | GUARANTEE FEE | Memo Amount:      (          3.00 ) GUARANTEE FEE | 2500-000 | | | |
| | | TEJAS TAX DATA | Memo Amount:      (         48.00 ) TAX CERTIFICATE | 2500-000 | | | |
| | | C DANIEL ROBERTS & ASSOCIATES | Memo Amount:      (        175.00 ) | 2500-000 | | | |

| | | |
|---|---|---|
| Page Subtotals | 47,811.45 | 15.05 |

Ver: 20.00c

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 12-11805 -TMD |
|---|---|
| Case Name: | HICKORY CREEK FARMS, LLC |

| Taxpayer ID No: | *******9142 |
|---|---|
| For Period Ending: | 12/31/17 |

| Trustee Name: | C. DANIEL ROBERTS |
|---|---|
| Bank Name: | Union Bank |
| Account Number / CD #: | *******7936  Checking - Non Interest |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | DOCUMENT PREPARATION | | | | |
| | | GOVERNMENT RECORDING DOCUUMENTS | Memo Amount:  (        28.00 ) | 2500-000 | | | |
| | | | GOVERNMENT RECORDING DOCUUMENTS | | | | |
| | | C DANIEL ROBERTS & ASSOCIATES | Memo Amount:  (       100.00 ) | 2500-000 | | | |
| | | | COPY/WIRE/COURIER FEE | | | | |
| | | BURNET COUNTY, TX | Memo Amount:  (    39,128.99 ) | 4800-000 | | | |
| | | | UNPAID  PROPERTY TAXES - 2015 | | | | |
| | | CAPITAL FARM CREDIT | Memo Amount:  (   626,631.16 ) | 4110-000 | | | |
| | | | PAY OFF FIRST MORTGAGE | | | | |
| 08/11/16 | 5 | GILBREATH & COMPANY PO BOX 1264 FRIENDSWOOD, TX 77549 | SETTLEMENT  OF ADVERSARY | 1241-000 | 10,000.00 | | 92,145.30 |
| 10/07/16 | 5 | SECURITY STATE BANK & TRUST J. BRYAN HICKS 901 2ND STREET MARBLE FALLS, TX 78654 | SETTLEMENT OF ADVERSARY | 1241-000 | 5,000.00 | | 97,145.30 |
| 03/06/17 | 001004 | INTERNATIONAL SURETIES, LTD. SUITE 420 701  POYDRAS ST. NEW ORLEANS, LA 70139 | Bond Payments | 2300-000 | | 17.48 | 97,127.82 |
| 04/11/17 | 001005 | JOHN MOSLEY 3834 SPICEWOOD SPRINGS ROAD SUITE 202 AUSTIN, TX 78759 | Accountant fees (other firm) PER ORDER OF 4/10/17 PER ORDER OF 4/10/17 | 3410-000 | | 537.53 | 96,590.29 |
| 04/17/17 | 001006 | C Daniel Roberts & Associates, PC 1602 E Cesar Chavez Austin, Texas 78702 | Attorney for Debtor Fees PER ORDER OF 4/17/17 PER ORDER OF 4/17/17 | 3110-000 | | 24,072.00 | 72,518.29 |
| 04/17/17 | 001007 | C Daniel Roberts & Associates, PC 1602 E Cesar Chavez Austin, Texas 78702 | ATTY FOR TRUSTEE EXP (TRUS. FIRM) PER ORDER OF 4/17/17 PER ORDER OF 4/17/17 | 3120-000 | | 187.89 | 72,330.40 |

| | Page Subtotals | 15,000.00 | 24,814.90 |
|---|---|---|---|

Ver: 20.00c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 12-11805 -TMD | Trustee Name: | C. DANIEL ROBERTS |
| Case Name: | HICKORY CREEK FARMS, LLC | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******7936 Checking - Non Interest |
| Taxpayer ID No: | *******9142 | | |
| For Period Ending: | 12/31/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/13/17 | 001008 | C . DANIEL ROBERTS, TRUSTEE 1602 EAST CESAR CHAVEZ AUSTIN TX 78702 | TRUSTEE COMPENSATION PER ORDER OF 7/6/17 PER ORDER OF 7/6/17 | 2100-000 | | 36,069.19 | 36,261.21 |
| 07/13/17 | 001009 | C . DANIEL ROBERTS, TRUSTEE 1602 EAST CESAR CHAVEZ AUSTIN TX 78702 | Trustee Expenses PER ORDER OF 7/6/17 PER ORDER OF 7/6/17 | 2200-000 | | 1,261.21 | 35,000.00 |
| 07/13/17 | 001010 | JOHN PATRICK LOWE CHAPTER 7 TRUSTEE 218 NORTH GETTTY STREET UVALDE, TX 78801 | TRUSTEE'S COMPENSATION PER ORDER OF 7/6/17 | 2100-000 | | 35,000.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 767,000.00 | COLUMN TOTALS | | 97,811.45 | 97,811.45 | 0.00 |
| Memo Allocation Disbursements: | 719,188.55 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 97,811.45 | 97,811.45 | |
| Memo Allocation Net: | 47,811.45 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 97,811.45 | 97,811.45 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 767,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 719,188.55 | Checking - Non Interest - *******7936 | | 97,811.45 | 97,811.45 | 0.00 |
| | | | | ----------------------- | ----------------------- | ----------------------- |
| Total Memo Allocation Net: | 47,811.45 | | | 97,811.45 | 97,811.45 | 0.00 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    72,330.40

Ver: 20.00c